## COMMON LAW

| | |
|---|---|
| Alabama | Massachusetts |
| Arkansas** | Pennsylvania*** |
| Delaware | South Dakota |
| Maryland | Virginia |

CONCURRING OPINION BY MR. JUSTICE MANDERINO:

I join in the majority opinion by Mr. Justice ROBERTS. I should like to add that the doctrine of governmental immunity is unconstitutional as is the doctrine of sovereign immunity. No branch of government— the executive, the legislative, or the judicial branch— can deprive a citizen of proper redress for a wrong. The denial of justice in any case is not constitutionally permitted. See *Brown v. Commonwealth of Pennsylvania*, 453 Pa. 566, 580, 305 A. 2d 868, 875 (1973) (dissenting opinion by Mr. Justice MANDERINO).

** Judicially abolished but statutorily reinstated.

*** Until today Pennsylvania retained the common law immunity.

## Commonwealth *v.* Sherrell, Appellant.

Argued September 25, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*J. Graham Sale, Jr.,* Assistant Public Defender, with him *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant.

*J. Kent Culley,* Assistant District Attorney, with him *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, July 2, 1973:
The order of the Superior Court and the judgment of sentence is affirmed.

## Morrisville Scrap Processing Company, Inc., Appellant, *v.* Commonwealth of Pennsylvania.

Argued May 22, 1973. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.